# STATEMENT OF FACTS

On October 11, 2017, at approximately 2:15 p.m., Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) agents and an ATF Metropolitan Police Department (MPD) Task Force Officer (TFO) conducted surveillance in the 2400 block of Southern Avenue, S.E., Washington, D.C. While in the area, agents observed an individual, later identified by word of mouth as Delonta Phillips (hereinafter referred to as the Defendant), walk out the front door of 3468 24th Street, S.E., Washington, D.C. 20020. Agents immediately recognized this individual as the Defendant based on a prior booking photograph of the Defendant. Agents were aware that the Defendant had an open D.C. Superior Court arrest warrant for distribution of a controlled substance. Agents were also aware that the Defendant had another arrest warrant for a parole violation. While law enforcement approached the Defendant, the Defendant quickly entered the driver's side door of a burgundy Cadillac DeVille, bearing Washington, D.C. license plate NAT1639. The Defendant was the sole occupant of the vehicle.

ATF TFO Kevin McConnell, wearing his MPD neck badge, approached the driver's side of the Defendant's vehicle, and identified himself as law enforcement and requested to speak with the Defendant. TFO McConnell then knocked on the driver's side window of the Defendant's vehicle in order to further get his attention. The Defendant looked over at TFO McConnell, locked the doors, stared straight ahead, and started the vehicle. The Defendant put the vehicle in drive momentarily before reversing out of his parking space away from TFO McConnell. Agents observed the vehicle, travel southbound on 24th Street, S.E. toward Southern Avenue, S.E. Agents immediately followed the Defendant's vehicle and put out a vehicle description over the radio. Agents observed the vehicle turn left onto Southern Avenue, S.E., right on Naylor Road at Suitland Parkway, left on Suitland Parkway (eastbound), exit onto Suitland Road off ramp, make a left onto Suitland Road, and come to a stop in the 3700 block of Regency Parkway. During all times pursuing the Defendant, agents never lost sight of his vehicle, with the exception of momentary bends in the road, and never saw any other individual inside the vehicle or any other person enter or exit the vehicle. Agents observed the Defendant exit the front driver's side door of the vehicle and flee on foot into the woods. Agents observed the Defendant drop down into a ravine directly in front of the Defendant's vehicle. One agent remained with the vehicle while law enforcement immediately set-up a perimeter around the ravine to prevent his escape. While securing the vehicle, agents observed a blue and black backpack on the driver's side floor of the backseat. Prior to opening the backpack, TFO McConnell immediately felt a weighted down object consistent with the imprint of a firearm. Inside the backpack, agents recovered a Glock 26, 9mm-caliber firearm, bearing serial number LPF625, with an extended magazine containing 28 rounds of ammunition (no round in the chamber). Law enforcement also observed half of a mason jar and full gallon ziploc bag of a substance consistent in smell and texture to that of marijuana, which based on the size of the packaging, contained approximately half a pound of marijuana. At approximately 3:15 p.m., law enforcement observed the Defendant hiding underneath a ledge in the ravine. At approximately 3:21 p.m., the Defendant was placed under arrest without further incident. The

Defendant was taken to the hospital for physical examination. While at the hospital, the Defendant was permitted to make a phone call on a cellphone that was provided to him by the law enforcement agent that was guarding him. During the course of the Defendant's phone call, the Defendant told the recipient of the call that "they got me with the gun." Law enforcement subsequently determined that the subject firearm had been reported stolen by the Anne Arundel County (Maryland) Police Department.

Law enforcement subsequently interviewed the registered owner of the subject vehicle, hereafter, "Witness-1." Witness-1 told law enforcement agents that he sold the "burgundy Cadillac" to an individual, who identified himself as "Terrance" or something. Witness-1 described the Defendant as having dreads, approximately "5'9-5'10," approximately 25-30 years old, and less than 200 lbs. Witness-1 stated that he sold the vehicle on October 10, 2017 between 12:00 p.m. and 3:00 p.m. for $2,500.00 in U.S. currency. Agents showed Witness-1 a photograph of the Defendant. Witness-1 positively identified the Defendant as the person to whom he sold the "burgundy Cadillac." Witness-1 told the agents that he removed all of his property from the "burgundy Cadillac" prior to the sale.

Based on a review of the Defendant's criminal history, the Defendant has two prior convictions for offenses punishable by a term of imprisonment exceeding one year. The Defendant was convicted of unlawful possession of a firearm in District of Columbia Superior Court case no. 2014-CF2-10883 and carrying a pistol without a license (outside a home or place of business) in District of Columbia Superior Court case no. 2011-CF2-731.

____________________________________
SPECIAL AGENT DAVID L. BURKHOLDER
Bureau of Alcohol, Tobacco,
Firearms and Explosives

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF OCTOBER, 2017.

____________________________________
DEBORAH A. ROBINSON,
UNITED STATES MAGISTRATE JUDGE FOR THE DISTRICT OF COLUMBIA